1  C. Brooks Cutter (State Bar No. 121407)
Eric Ratinoff (State Bar No. 166204)
2  Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
3  401 Watt Avenue
Sacramento, California  95864
4  Telephone: (916) 448-9800
Facsimile:  (916) 669-4499
5
6  Attorneys for Plaintiff
7
8                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
11
| | |
|---|---|
| CHARLES SCHLEGEL, an individual, | CASE NO. 07-cv-0520-MCE-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE MOTION TO COMPEL HEARING** |
| KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation THE PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1 through 100, inclusive, | Date:  April 9, 2008<br>Time:  10:00 a.m.<br>Courtroom: 26<br><br>The Magistrate Kimberly J. Mueller<br>Complaint Filed: February 9, 2007<br>Trial Date: June 22, 2009 |
| Defendants. | |

21

22     Defendants, on the one hand, and Plaintiffs, on the other hand, through their respective

23  counsel of record, hereby stipulate and agree as follows:

24     WHEREAS Plaintiff submitted his Motion to Compel Responses to Requests for

25  Production of Documents on March 18, 2008 with a hearing date of April 9, 2008;

26     WHEREAS the parties have agreed to continue the hearing date on Plaintiff's Motion to

27  Compel for a period of two weeks to be heard on April 23, 2008;

28     NOW, THEREFORE, with the approval of the Court, the parties stipulate and agree to

STIPULATION AND ORDER FOR CONTINUANCE OF MOTION TO COMPEL HEARING

1  continue the April 9, 2008 hearing on Plaintiff's Motion to Compel Responses to Requests for

2  Production of Documents to April 23, 2008 at 10:00 a.m.

3

4  Dated: _____.            KERSHAW, CUTTER & RATINOFF, LLP

5

6                                    By _____ [1]
                                        Stuart C. Talley (SBN 180374)
7                                       401 Watt Avenue
                                        Sacramento, California  95864
8                                       Telephone: (916) 448-9800
                                        *Attorney for Plaintiff*
9

10 Dated: _____.            WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

11

12                                   By _____
                                        Ronald R. Lamb (SBN 99396)
13                                      400 Capitol Mall, 22nd Floor
                                        Sacramento, CA  95814
14                                      Telephone: (916) 441-2430
                                        *Attorney for Defendants*
15

16                                   **ORDER**

17

18     **IT IS HEREBY ORDERED** that the hearing date on Plaintiff's Motion to Compel

19 Responses to Requests for Production of Documents, currently set for Wednesday, April 9, 2008,

20 be rescheduled to April 23, 2008 at 10:00 a.m.

21

   DATED:  April 2, 2008._____

22

23

24                                   _____
                                     U.S. MAGISTRATE JUDGE
25

26

27

28
   ------------------------
   [1] The court acknowledges receipt of a copy of the stipulation signed by all counsel.

                                     -1-