IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES SCHLEGEL,

    Plaintiff,                                                   No. CIV 07-520 MCE KJM

    vs.

KAISER FOUNDATION HEALTH PLAN, et al.,

    Defendants.                                             ORDER

_____/

        Plaintiff's motion to compel production of documents came on regularly for hearing April 30, 2008. Stuart Talley appeared for plaintiff. Ronald Lamb and Derrick Davis appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        The motion to compel production of documents is denied without prejudice to its renewal after plaintiff has propounded requests for production of documents in the instant action.

DATED: May 1, 2008.

_____
U.S. MAGISTRATE JUDGE

006 schlegel.oah

1