1  C. Brooks Cutter (State Bar No. 121407)
2  Eric Ratinoff (State Bar No. 166204)
   Stuart C. Talley (State Bar No. 180374)
3  **KERSHAW, CUTTER & RATINOFF, LLP**
   401 Watt Avenue
4  Sacramento, California  95864
   Telephone: (916) 448-9800
5  Facsimile:  (916) 669-4499

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11

12 | CHARLES SCHLEGEL, an individual, | CASE NO. 07-cv-00520-MCE-KJM |
13 | Plaintiff, | |
14 | v. | **STIPULATION AND ORDER RE: DISCOVERY CUTOFF** |
15 | KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation THE PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1 through 100, inclusive, | The Hon. Morrison C. England, Jr. Complaint Filed: February 9, 2007 Trial Date: June 22, 2009 |
16 | | |
17 | | |
18 | | |
19 | Defendants. | |
20

WHEREAS the Court's Amended Pretrial (Status) Scheduling Order dated February 8, 2008 provides that the deadline for completion of discovery is August 15, 2008.

WHEREAS there is currently pending before the court a Motion to Dismiss.

WHEREAS the parties seek to shortly delay the conduct of discovery until the motion has been ruled on by the court.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their respective undersigned counsel, that the deadline for completion of discovery, with the exception of expert discovery, be extended to October 15, 2008.

IT IS HEREBY STIPULATED.

Dated: _____.    KERSHAW, CUTTER & RATINOFF, LLP

By _____
Stuart C. Talley (SBN 180374)
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
*Attorney for Plaintiff*

Dated: _____.    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By _____
Ronald R. Lamb (SBN 99396)
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
*Attorney for Defendants*

**ORDER**

The 2/8/08 Amended Pretrial Scheduling Order is Amended as follows:

    Discovery Cutoff is Continued to 10/15/08;

    Disclosure of Expert Witnesses is Continued to 12/12/08;

    Dispositive Motions to be Heard by 2/12/09;

    The 5/8/09 Final Pretrial Conference is VACATED and CONTINUED to 7/31/09 at 9:00AM in Courtroom #7;

    A Joint Pretrial Statement to be filed by 7/10/09;

    The 6/22/09 Jury Trial is VACATED and CONTINUED to 9/14/09 at 9:00AM in Courtroom #7;

    The parties are to contact the Courtroom Deputy no sooner than 9/8/09 to confirm trial.

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE