C. Brooks Cutter (State Bar No. 121407)
Eric Ratinoff (State Bar No. 166204)
Stuart C. Talley (State Bar No. 180374)
**KERSHAW, CUTTER & RATINOFF, LLP**
401 Watt Avenue
Sacramento, California  95864
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCHLEGEL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., a California corporation; KAISER FOUNDATION HOSPITALS, a California corporation THE PERMANENTE MEDICAL GROUP, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CIV.S-07-00520-MCE-KJM<br><br>**STIPULATION AND ORDER RE: PRETRIAL SCHEDULE**<br><br><br>The Hon. Morrison C. England, Jr.<br>Complaint Filed: February 9, 2007<br>Trial Date: September 14, 2009 |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the Court's August 5, 2008 order continued the Discovery Cutoff to October 15, 2008, the Disclosure of Expert Witnesses to December 12, 2008 and Dispositive Motions to be Heard by February 12, 2009.

WHEREAS the parties seek to delay these dates for a period of two months in order to proceed with Mediation.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their respective undersigned counsel, that the deadline for completion of discovery, disclosure of expert witnesses, dispositive motions be extended two months.

IT IS HEREBY STIPULATED.

Dated:  10/14/08.                    KERSHAW, CUTTER & RATINOFF, LLP

By    /s/
    Stuart C. Talley (SBN 180374)
    401 Watt Avenue
    Sacramento, California  95864
    Telephone: (916) 448-9800
    *Attorney for Plaintiff*

Dated: 10/14/08.                    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

By    /s/
    Ronald R. Lamb (SBN 99396)
    400 Capitol Mall, 22nd Floor
    Sacramento, CA  95814
    Telephone: (916) 441-2430
    *Attorney for Defendants*

-1-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Amended Pretrial Scheduling Order is Amended as follows:

  Discovery Cut-off is Continued to 12/15/08;

  Disclosure of Expert Witnesses is Continued to 2/13/09;

  Dispositive Motions to be Heard by 4/13/09

  The 7/31/09 Final Pretrial Conference is VACATED and CONTINUED to 9/4/09 at 9:00AM in Courtroom #7;

  A Joint Pretrial Statement to be filed by 8/14/09;

  The 9/14/09 Jury Trial is VACATED and CONTINUED to 10/19/09 at 9:00AM in Courtroom #7;

  The parties are to contact the Courtroom Deputy no sooner than 10/13/09 to confirm trial.

DATED: October 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com